# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:20-CV-00842-BJB-LLK

## *ELECTRONICALLY FILED*

**KENYA WADE**                                               **PLAINTIFF**

**v.**

**KENTUCKY DEPARTMENT OF CORRECTIONS**        **DEFENDANT**

## JOINT STATUS REPORT REGARDING SETTLEMENT

Both parties submit this status report regarding settlement in this case. Mr. Robbins has drafted a settlement agreement pursuant to the January 26, 2022 settlement conference. Kentucky Department of Corrections (KDOC) as an entity within the Justice and Public Safety Cabinet, Commonwealth of Kentucky requires numerous approvals on the language of agreement. Therefore, Mr. Robbins in providing due diligence to KDOC is obtaining such approval. Once the draft settlement has been approved, he will forward it to Mr. Sullivan for his approval. Parties will file another joint status report or the settlement agreement in 45 days, if not before.

Respectfully submitted,

*/s/ Jesse L. Robbins*                          */s/ Ryan Sullivan (with permission)*
Jesse L. Robbins                                Ryan Sullivan
                                                Andrew Dutkanych

Justice & Public Safety Cabinet        BIESECKER DUTKANYCH & MACER
Office of Legal Services                 144 North Delaware Street
125 Holmes Street, 2nd Floor           Indianapolis, IN 46204

Frankfort, KY  40601                  317-991-4765
502-564-2323                          Fax 812-424-1005
Fax 502-564-6686                      rsullivan@bdlegal.com
jrobbins@ky.gov                       ad@bdlegal.com
Defendant's Counsel                   Plaintiff's Counsel

## CERTIFICATION

      This is to certify that on February 25, 2022 the undersigned counsel sent the foregoing by email to the following:

Ryan Sullivan
Andrew Dutkanych
BIESECKER DUTKANYCH & MACER
144 North Delaware Street
Indianapolis, IN 46204
rsullivan@bdlegal.com
ad@bdlegal.com
Plaintiff's Counsel

/s/ Jesse L. Robbins
Counsel for the Defendant
